IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 09 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-00209-BNB
(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)

REGINALD CARR,

    Applicant,

v.

WARDEN DANA K. ZAVISLAN,

    Respondent.

## ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES

Applicant has submitted an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241; Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action; letter to the court; "Applicant's Motion for Appointment of Counsel in the Above Style Complaint"; "Applicant's Motion Under Fed. R. Civ. P. Rule 26(a), 1 'Discovery,' Rule 34(c) 'the Production of Documents,' and Rule 35(a), B 'Order for Examination of Evidence'"; and "Applicant's Motion Under Fed. R. Civ. P. Rule 45(a), 1, (A), (B), (C) and D the Issuance of Subpoenas to all Respondents Above and Rule 65(a), 1, 2 the Issuance of Hearings 'Preliminary Injunction.'" Applicant challenges the conditions of his confinement rather than the execution of his sentence. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a

civil action. Applicant will be directed to cure the following if he wishes to pursue his claims. Any papers that Applicant files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) __ is not submitted
(2) __ is missing affidavit
(3) xx is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) __ is missing certificate showing current balance in prison account
(5) __ is missing required financial information
(6) __ is missing an original signature by the prisoner
(7) xx is not on proper form
(8) __ names in caption do not match names in caption of complaint, petition or habeas application
(9) __ An original and a copy have not been received by the court. Only an original has been received.
(10) __ other: _____.

**Complaint, Petition or Application:**
(11) __ is not submitted
(12) xx is not on proper form (<u>must use the court's current Prisoner Complaint form because claims asserted challenge conditions of confinement and not the execution of a sentence</u>)
(13) __ is missing an original signature by the prisoner
(14) __ is missing page nos. __
(15) __ uses et al. instead of listing all parties in caption
(16) __ An original and a copy have not been received by the court. Only an original has been received.
(17) __ Sufficient copies to serve each defendant/respondent have not been received by the court.
(18) __ names in caption do not match names in text
(19) __ other _____

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Applicant files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to Applicant, together with

a copy of this order, two copies of the following form: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915; Prisoner Complaint. It is

FURTHER ORDERED that if Applicant fails to cure the designated deficiencies **within thirty (30) days from the date of this order** the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED February 9, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00209-BNB

Reginald Carr
Prisoner No. 150535
Centennial Correctional Facility
PO Box 600
Canon City, CO 81215

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and the Prisoner Complaint forms** to the above-named individuals on February 9, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk