IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 0 5 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-00209-BNB

REGINALD S. CARR,

    Plaintiff,

v.

ARISTEDES W. ZAVARAS, Executive Director,
DANA K. ZAVISLAN, Warden,
NELSON PADGETT, Case Manager,
BURNETTE, Intel Lieutenant,
COLIN CARSON, Investigator,
LIEUTENANT COWNES, #6721,
OFFICER CHAVARRIA, #15425, and
SUSAN JONES, Warden of CCF,

    Defendants.

## ORDER OF DISMISSAL

On March 30, 2011, the Court denied Plaintiff leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this action because he is subject to the filing restriction in § 1915(g). The Court also ordered Plaintiff to pay the entire $350.00 filing fee within thirty days if he wishes to pursue his claims in this action. The Court warned Plaintiff that the action would be dismissed without further notice if he failed to pay the filing fee within thirty days.

Plaintiff has failed to pay the filing fee within the time allowed. Therefore, the action will be dismissed for failure to pay the filing fee. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed to

pay the filing fee as directed. It is

FURTHER ORDERED that all pending motions are DENIED as moot.

DATED at Denver, Colorado, this  5th  day of   May        , 2011.

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00209-BNB

Reginald S. Carr
Prisoner No. 150535
Centennial Correctional Facility
P.O. Box 600
Cañon City, CO 81215- 0600

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on May 5, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk